UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEL JEANNITE,<br><br>       Plaintiff,<br><br>       v.<br><br>LUCY, *Manager for Alaska Airlines at Boston Logan Airport*,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 23-cv-11884-DJC<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

**CASPER, J.**                                                                                                    **November 20, 2023**

     This action concerns the claims of *pro se* Plaintiff Joel Jeannite ("Jeannite") that an employee of Alaska Airlines wrongfully informed law enforcement that he was carrying $44,000 in his luggage. D. 1, 1-1. For the reasons stated below, the Court DISMISSES this action without prejudice for failure to pay the filing fee.

     When Jeannite commenced this action, he moved for leave to proceed *in forma pauperis* instead of paying the $402 fee for commencing a non-habeas civil action. D. 2. On October 6, 2023, the Court denied the *in forma pauperis* motion because it did not contain sufficient information regarding Jeannite's financial circumstances. D. 4. The Court ordered Jeannite to pay the filing fee or file a renewed motion to proceed *in forma pauperis*, and noted that failure to comply with the Order could result in dismissal of the action. Id.

     The Clerk mailed a copy of the October 6, 2023 order and a blank *in forma pauperis* form to Jeannite at the address he had provided: 1756 Dorchester Avenue, Dorchester, MA 02124. On October 30, 2023, this mail was returned as undeliverable. D. 5, 6. Jeannite has not provided another address for service.

The deadline for complying with the filing fee order has passed without any response from Jeannite.  Thus, this case is ripe for dismissal even as a copy of the October 6, 2023 Order mailed to Jeannite was returned as undeliverable.  See L.R. 83.5.5(h) (D. Mass.) (providing that a party is deemed to have been delivered and properly served if the Clerk mailed the order to the most recent address provided by the litigant).

Even if the address the Clerk used was correct, but the mail was erroneously returned as undeliverable, Jeannite had a duty to inquire about the status of this case.  Due to the large number of cases he filed in August 2023, Jeannite received ample notice that his *in forma pauperis* motion was defective.  The Clerk sent eighteen similar orders, in different cases, in and around August 2023 concerning the filing fee to Jeannite at the address provided in this action.[1]  None of those orders were returned as undeliverable and all of the cases were subsequently dismissed because Jeannite failed to respond to the orders regarding the filing fee.

Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

**So Ordered.**

                                                          /s Denise J. Casper
                                                         Denise J. Casper
                                                         United States District Judge

---

[1] See Jeannite v. Perez, C.A. No. 23-11545-IT; Jeannite v. Correia, C.A. No. 23-11638-WGY; Jeannite v. Sciacca, C.A. No. 23-11689-AK; Jeannite v. ADS Smith, C.A. No. 23-11812-IT; Jeannite v. Minnicucci, C.A. No. 23-11886-LTS; Jeannite v. Doe, C.A. No. 23-11887-AK; Jeannite v. Contelmo, C.A. No. 23-11977-TSH; Jeannite v. Horton, C.A. No. 23-11988-RGS; Jeannite v. Butler, C.A. No. 23-11989-LTS; Jeannite v. Parker, C.A. No. 23-11991-ADB; Jeannite v. White, C.A. No. 23-11992-AK; Jeannite v. Olivia, C.A. No. 23-11993-ADB; Jeannite v. Smith, C.A. No. 23-11994-AK; Jeannite v. Villa, C.A. No. 23-11995-MJJ; Jeannite v. Metruck, C.A. No. 23-11996-ADB.